In the Matter of WE'RE ASSOCIATES COMPANY, Petitioner, v. FRANKLIN BEAR et al., Constituting the Nassau County Planning Commission, Respondents. (Proceeding No. 1.) In the Matter of the TOWN OF NORTH HEMPSTEAD, Petitioner, v. FRANKLIN BEAR et al., Constituting the Nassau County Planning Commission, Respondents. (Proceeding No. 2.) —

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.